

**SO ORDERED,**

**Judge Jason D. Woodard**
United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CARDIOVASCULAR SOLUTIONS OF
MISSISSIPPI LLC                                    CASE NO.  17-13759

DEBTOR                                             CHAPTER 7

### AGREED ORDER DEEMING THE APPOINTMENT OF PATIENT CARE OMBUDSMAN NOT NECESSARY

This matter upon consideration by this court, the debtor's Motion to Deem the Appointment of an Ombudsman Not Necessary [DKT. 8] and the response thereto by the United States Trustee [DKT. 16], the parties having announced an agreement before a hearing on this matter, and the court having considered the parties' agreement, hereby finds that this health care facility, once a diagnostic and treatment facility for patients suffering from symptoms of peripheral vascular disease, is no longer operating as a health care facility, and has not operated since August of 2015, upon the sworn testimony of the debtor's representative, Foluso Fakorede. Therefore, a Patient Care Ombudsman, would not be necessary in this case, as the debtor entity has not, in over two years, and presently does not, treat patients.  Those provisions in the bankruptcy code, specifically 11 U.S.C. § 351, as to the disposal of patient records, is hereby acknowledged by

the debtor's representative, Mr. Fakorede, who will cooperate with the chapter 7 trustee, in ensuring compliance with this statute.

**IT IS THEREFORE ORDERED** that, a Patient Care Ombudsman, will not be necessary in this case, and that the debtor's representative will cooperate with the chapter 7 trustee in ensuring proper disposal of patient records, in accordance with 11 U.S.C. § 351.

Approved and Agreed:

_See attached signature_
Glenn Williams, Esq.
Attorney for the Debtor
MSB No. 7236

_/s/ Sammye S. Tharp_
Sammye S. Tharp, Trial Attorney
United States Trustee, Region 5
MSB No. 10016

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CARDIOVASCULAR SOLUTIONS OF
MISSISSIPPI LLC                                   CASE NO. 17-13759

DEBTOR                                            CHAPTER 7

## AGREED ORDER DEEMING THE APPOINTMENT OF PATIENT CARE OMBUDSMAN NOT NECESSARY

This matter upon consideration by this court, the debtor's Motion to Deem the Appointment of an Ombudsman Not Necessary [DKT. 8] and the response thereto by the United States Trustee [DKT. 16], the parties having announced an agreement before a hearing on this matter, and the court having considered the parties' agreement, hereby finds that this health care facility, once a diagnostic and treatment facility for patients suffering from symptoms of peripheral vascular disease, is no longer operating as a health care facility, and has not operated since August of 2015, upon the sworn testimony of the debtor's representative, Foluso Fakorede. Therefore, a Patient Care Ombudsman, would not be necessary in this case, as the debtor entity has not, in over two years, and presently does not, treat patients. Those provisions in the bankruptcy code, specifically 11 U.S.C. § 351, as to the disposal of patient records, is hereby acknowledged by

the debtor's representative, Mr. Fakorede, who will cooperate with the chapter 7 trustee, in ensuring compliance with this statute.

**IT IS THEREFORE ORDERED** that, a Patient Care Ombudsman, will not be necessary in this case, and that the debtor's representative will cooperate with the chapter 7 trustee in ensuring proper disposal of patient records, in accordance with 11 U.S.C. § 351.

Approved and Agreed:

_[signature]_

Glenn Williams, Esq.
Attorney for the Debtor
MSB No. 7236

_____
Sammye S. Tharp, Trial Attorney
United States Trustee, Region 5
MSB No. 10016